| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thompson, Myron H | USD/MD/Alabama | 05/15/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - active | ☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| One Church Street<br>P. O. Box 235<br>Montgomery, AL 36101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Judicial Advisory Board of the George Mason Law & Economics Center |
| 2. Member | Federal Judges Association Board of Directors |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 22 A II: 52 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Vanderbilt Law School | 01-18-05 to 01-19-05 - Nashville, TN - Non-FJC educational seminar or program (food, lodging, and transportation) |
| 2. Huntsville, Alabama Bar Association | 05-05-05 to 05-06-05 - Huntsville, AL - Activity of professional association or program (food, lodging, and transportation) |
| 3. George Mason Law School | 07-07-05 to 07-10-05 - Sedona, Arizona - Non-FJC educational Seminar or program(food, lodging, and transportation) |
| 4. Aspen Institute | 07-22-05 to 07-31-05 - Aspen, Colorado - Non-FJC educational seminar or program (food, lodging, and transportation |
| 5. George Mason Law School | 09-09-05 to 09-11-05 - Alexandria, Virginia - Non-FJC educational seminar or program (food, lodging, and transportation) |

| | |
|---|---|
| 6. New York University Law School | 10-13-05 to 10-14-05 - New York, New York - Non-FJC educational seminar or program (food, lodging, and transportation) |
| 7. Defense Research Institute (DRI) | 10-19 -05 to 10-20-05 - Chicago, Illinois - Non-FJC educational seminar or program (food, lodging, and transportation) |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House site at ▮▮▮▮▮ Elmore County, AL | | None | L | W | | | | | |
| 2. Property #5, Tuskegee, AL (1/2 int.) Mortgage Note | | Interest | K | ¨W | | | | | |
| 3. Morgan Stanley Dean Witter ▮▮▮ (IRA) see attached | | | | | | | | | |
| 4. Morgan Stanley Dean Witter (IRA) ▮▮▮ ee attached | | | | | | | | | |
| 5. Morgan Stanley Dean Witter (Edu.IRA) ▮▮▮ see attached | | | | | | | | | |
| 6. Morgan Stanley Dean Witter (Edu. IRA) ▮▮▮ ee attached | | | | | | | | | |
| 7. Morgan Stanley Dean Witter (Edu. IR)A ▮▮▮ ee attached | | | | | | | | | |
| 8. Morgan Stanley Dean Witter ▮▮▮ ee attached | | | | | | | | | |
| 9. Regions Bank (Savings) ▮▮▮ | A | Interest | L | T | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT 2005--attachment
Name of Person Reporting: Thompson, Myron H.
Date of Report: May 15, 2006

## VII. INVESTMENTS and TRUST -- income, value, transactions

| A. DESCRIPTION OF ASSET | B. INCOME | | C. GROSS VALUE | | D. TRANSACTIONS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount | (2) Type | (1) Value | (2) Value Method | (1) Type | (2) Date | (3) Value | (4) Gain | (5) Identity |
| 3a MSDW American Opportunities B | A | Div. | J | T | | | | | |
| 3b SPQS BBY BY MS | A | Div. | J | T | Buy | 01/24 | J | | |
| 3c Williams Co. Inc. | A | Div. | J | T | Buy | 01/23 | J | | |
| 3d Petrochina Co Ltd Adr | A | Div. | J | T | Buy | 04/08 | J | | |
| 3e Ing Int'l Value B | A | Div. | J | T | | | | | |
| 3f Allianz AG ADR | A | Div. | | | Sell | 06/05 | J | A | |
| 3g Andrx CP-Andrx Gr | A | Div. | J | T | | | | | |
| 3h Friedman Billing Ramsey Reit | A | Div. | | | Sell | 06/05 | J | A | |
| 3i Ishares Russell 3000 Index Fd | A | Div. | | | Sell | 06/05 | J | A | |
| 3j Videsh Sanchar Nigam New ADR | A | Div. | | | Sell | 06/05 | J | A | |
| 3k MSDW Liquid Asset Fund | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| 4a MSDW Liquid Asset Fund | A | Div. | J | T | | | | | |
| 4b India Fund Inc. | A | Div. | J | T | Buy | 04/08 | J | | |
| 4c SPQS BBY BY MS | A | Div. | J | T | Buy | 01/24 | J | | |
| 4d Ishares Russell 3000 Index Fd | A | Div. | J | T | | | | | |
| 4e Alliance Cap Mgmt Hldg LP | A | Div. | | | Sell | 03/05 | J | A | |
| | | | | | | | | | |
| 5a MSDW Liquid Asset Fund | A | Div. | J | T | | | | | |
| 5b Ishares Russell 3000 Index Fd | A | Div. | J | J | | | | | |
| | | | | | | | | | |
| 6a MSDW Liquid Asset Fund | A | Div. | J | T | | | | | |
| 6b Ishares MSCI Taiwan Index Fd | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| 7a MSDW Liquid Asset Fund | A | Div. | J | T | | | | | |
| 7b Ishares MSCI Taiwan Index Fd | A | Div. | J | T | | | | | |
| | | | | | | | | | |
| 8a MSDW Liquid Asset Fund | A | Div. | J | T | | | | | |
| 8b Intel | A | Div. | J | T | | | | | |
| 8c Microsoft | A | Div. | J | T | | | | | |
| 8d Amazon | A | Div. | J | T | | | | | |
| 8e Home Depot | A | Div. | | | Sell | 03/05 | J | A | |
| 8f Andrx CP-Andrx Gr | A | Div. | J | T | | | | | |
| 8g Colgate Palmolive Co. | A | Div. | | | Sell | 03/05 | J | A | |
| 8h General Electric Co. | A | Div. | J | T | | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date __May 15, 2006__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544